```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**FAIRE FEAZ, individually and as** :
**representative of the classes,**   :
                                     :
    **Plaintiff,**               :
                                     :
**vs.**                              :
                                     : CIVIL ACTION 12-0350-KD-M
**WELLS FARGO BANK, N.A., and**      :
**WELLS FARGO HOME MORTGAGE, INC.,** :
                                     :
    **Defendants.**              :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is ORDERED that Defendant's Motion to Dismiss (Docs. 14-15) be GRANTED.

DONE this 20th day of December, 2012.

                                         s/ Kristi K. DuBose
                                         KRISTI K. DuBOSE
                                         UNITED STATES DISTRICT JUDGE